# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

|  |  |
|---|---|
| CANDY DYNAMICS, INC. | Civil Action No. 2:23-cv-01702-SDM-EPD |
| Plaintiff, | Judge Sarah D. Morrison |
|  | Magistrate Judge Elizabeth P. Deavers |
| v. |  |
| CAP CANDY, LLC and UNBEATABLE POWER, LLC |  |
| Defendants. |  |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff, Candy Dynamics, Inc. ("Candy Dynamics") and Defendants, Cap Candy, LLC and Unbeatable Power, LLC (herein referred jointly as "Defendants"), have agreed to finally resolve the above-captioned litigation (the "Litigation") and any and all related claims. Pursuant to that agreement, Plaintiff, Candy Dynamics and Defendants have agreed to the entry of a Consent Judgment and Permanent Injunction on the terms provided in the attached Exhibit A. Plaintiff, Candy Dynamics and Defendants jointly request that the Court Enter the Consent Judgment and Permanent Injunction in the form provided.

Dated: August 30, 2023

Respectfully submitted,

Attorney for Plaintiff(s):

s/William A. McKenna
Marcus A. Miller
Shumaker, Loop & Kendrick, LLP
41 S. High Street, Suite 2400

Attorney for Defendant(s):

s/Nichloas S. Bobb
Jeffrey J. Nein (0089415)
Nicholas S. Bobb (0090537) – Trial Counsel
Kegler, Brown, Hill + Ritter, LPA

1

Columbus, OH 43215
Phone: (614) 463-9441
Fax: (614) 463-1108
Email: mmiller@shumaker.com

William A. McKenna (*pro hac vice*)
Woodard, Emhardt, Henry,
    Reeves & Wagner, LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
Phone: (317) 634-3456
Fax: (317) 637-7561
Email: wmckenna@uspatent.com

65 E. State Street, Suite 1800
Columbus, OH 43215
Phone: (614) 462-5400
Fax: (614) 464-2634
Email: jnein@keglerbrown.com
nbobb@keglerbrown.com

#2126161