UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| CIRCLE CITY MARKETING & DISTRIBUTING, INC. D/B/A CANDY DYNAMICS <br><br> Plaintiff, <br><br> v. <br><br> CAP CANDY, LLC and UNBEATABLE POWER, LLC <br><br> Defendants. | Civil Action No. 2-23-cv-01702-SDM-EPD |

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

This case comes before this court upon the pleadings and it has been represented to the court that Plaintiff, Candy Dynamics, Inc. ("Candy Dynamics") and Defendants Cap Candy, LLC ("Cap Candy") and Unbeatable Power, LLC ("Unbeatable Power") (collectively "Defendants") have settled their differences with respect to the matters in dispute. Pursuant to the stipulation and consent of Plaintiff and Defendants, and good cause being shown:

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED:**

1. Candy Dynamics is an Indiana corporation having its principal place of business at 9700 North Michigan Road, Carmel, Indiana 46032.

2. Defendant Cap Candy is an Ohio limited liability company having its principal place of business at 120 N. Trine Street, Canal Winchester Ohio, 43110.

3. Defendant Unbeatable Power is a Delaware limited liability company having its principal place of business at 4760 Dierker Road, Columbus, Ohio 43220.

4. This Court has jurisdiction over the parties and the subject matter herein.

5. Venue is proper in this judicial district.

6. Candy Dynamics is the owner of the entire right, title, and interest in United States Registration No. 2,602,673 for the mark TOXIC WASTE and United States Registration No. 5,044,781 for the mark SLIME LICKER, each as applied to "candy" in international class 30, together with all associated common law rights (collectively the "Candy Dynamics Marks").

7. This Consent Judgment and Permanent Injunction is entered into by the parties for the purpose of settlement and is without admission by Defendants as to liability or any of the allegations of the Complaint in this action, or as to any matters arising out of the Complaint. The Court makes no finding of fact or conclusion of law concerning any of the allegations or claims asserted by Plaintiff in this proceeding. However, nothing in this paragraph shall be construed as diminishing or otherwise affecting Defendants' obligations and responsibilities under this Consent Judgment and Permanent Injunction.

8. Defendants, their respective officers, directors, principals, agents, servants, employees, suppliers, successors, assigns, and all those in active concert or participation with Defendants who receive actual knowledge of this Consent Judgment and Permanent Injunction by personal service or otherwise, are hereby enjoined and restrained as of the date of this Consent Judgment and Permanent Injunction from infringing the Candy Dynamics Marks, importing, selling or otherwise promoting any candy products under the mark or brand TIK TOXIC which were not already in existence, sold and delivered to a customer by Defendants prior to August 29, 2023, from offering or advertising to do so and from aiding or abetting in any way or inducing or contributing to the infringement of said rights.

9. The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment and Permanent Injunction.

10. All current and past claims and defenses are dismissed without prejudice.

SO ORDERED.

Dated this 31st day of August, 2023.

_____
Hon. Sarah D. Morrison
U.S. District Court, Southern District of Ohio

**APPROVED AS TO FORM AND CONSENT STIPULATED AND AGREED TO BY:**

*Candy Dynamics, Inc.*
By: _____
Title: President
Dated: 8/28/23

*Unbeatable Power, LLC*
By: _____
Title: Owner
Dated: August 25, 2023

*Cap Candy, LLC*
By: _____
Title: Owner
Dated: August 25, 2023

15